Authentisign ID: 680BDF8A-5490-471B-A8BC-224444BE9B8D

KELLERWILLIAMS.
REALTY

EXHIBIT
A

Keller Williams Realty
2033 N. Mt. Juliet Rd.
Suite 100
Mt. Juliet, TN 37122
(615)-758-8886 Phone

# Management Agreement

PARTIES

In consideration of the covenants herein contained **Cari Lemon (**hereinafter called "Owner"), and Keller Williams Realty, (hereinafter called "Agent"), agree as follows:

I. EXCLUSIVE

A. The owner hereby employs the Agent exclusively to rent, lease, operate, and manage the property known as **111 Hamblen Avenue, Old Hickory, TN 37138** upon the terms hereinafter set forth for the period of one year beginning the **27th** day of **March,** 2017 and the original term of any lease or renewal thereof that has been originated by the Agent, either party hereto shall notify the other in writing of an intention to terminate this agreement on or before sixty (60) days prior to the expiration of any such renewal period. Without such written notice, this agreement will renew for a like term.

B. During the term of this Agreement and for a period of twelve (12) months after termination of this agreement, if any lessee/occupant placed in the subject property by Agent purchases the subject property from Owner, Agent shall receive a fee in the amount of Six percent (6%) of the total purchase price from the seller.

II. RENTING OF PREMISES

The Agent accepts the employment and agrees to:

A. AGENT TO NEGOTIATE LEASE:

To use due diligence in the management of the premises for the period and upon the terms herein provided, and agrees to furnish services to rent, lease, operate, and manage the herein described premises.

Authentisign ID: 680BDF8A-5490-471B-A8BC-224444BE9B8D

B. MONTHLY STATEMENTS

To render monthly statements of receipts, expenses and charges and to remit to Owner receipts, less disbursements. In the event the disbursements shall be in excess of the rents collected by the Agent, the Owner hereby agrees to pay such excess promptly upon demand of the Agent. Statement shall serve as demand notice.

C. SEPARATE OWNER'S FUNDS

To deposit all receipts collected for Owner (less any sums properly deducted or otherwise provided herein) in a Trust account maintained by Agent for funds collected for such owners in a national or state Institution qualified to engage in the banking or trust business, separate from Agent's personal account. However, Agent will not be held liable in event of bankruptcy or failure of a depository.

III. AGENT AUTHORITY

The Owner hereby gives to the Agent the following authority and powers and agrees to ASSUME THE EXPENSES in connection herewith:

A. MARKETING

To advertise the availability for rental of the herein described premises or any part thereof, and to display "for rent" signs thereon; long distance phone calls; to sign, renew and/or cancel leases for the premises or any part thereof; to collect rents due or to become due and to give receipts therefore; to terminate tenancies and to sign and serve in the name of the Owner such notices as are appropriate; to institute the lease and prosecute actions; to evict tenants and to recover possession of said premises; to sue for in the name of the Owner and recover rents and other sums due; and when expedient, to settle, compromise, and release such sections or suits or reinstate such tenancies. Any lease executed for the Owner by the agent shall not exceed one year(s) unless prior approval by the owner is agreed upon. All leases shall give lessor 30 day cancellation privilege.

B. REPAIRS

To make or cause to be made and supervise repairs and alterations, and to do decoration on said premises; to purchase supplies and pay all bills therefore. The Agent agrees to secure the prior approval of the Owner on all expenditures in excess of Three Hundred Dollars ($300) for any one item, except monthly or recurring operating charges and /or emergency repairs in excess of the maximum, if in the opinion of the Agent such repairs are necessary to protect the property from damage or to maintain services to the tenants as called for in their leases.

C. CONTRACTORS

To hire, discharge and supervise all labor and contractors required for the operation and maintenance of the premises. It is agreed that all contractors shall be considered contractors of the Owner and not Agent. All contractors to provide workmen's comp insurance where required.

D. SERVICE CONTRACTS

To make contracts for electricity, gas, water, window and or interior cleaning, rubbish hauling and other services as Agent shall deem advisable. Agent shall assume no liability for services or lack thereof.

IV. SAVE HARMLESS

The Owner further agrees: To save the Agent harmless from all damage suits in connection with the management of the herein described property and from liability from injury suffered by any employee or other person whosoever, and to carry, at it's own expense, necessary public liability and workmen's compensation insurance adequate to protect the interest of the parties hereto, which policies shall be so written as to protect the Agent in the same manner and to the same extent they protect the Owner, and will name the Agent as CO-Insured. The Agent also shall not be liable for any error or judgment or for any mistake or fact or of law, or for anything which it may do or refrain from doing hereinafter, except in cases of willful misconduct or gross negligence. Lease charges such as late charges, uncollectible check charges and application fees paid by tenants or due under any lease are the property of the Agent and Agent may additionally retain said charges from any forfeited security deposit.

The Owner further agrees; to save the Agent harmless from any loss, cost or expense arising in connection with any litigation or any threatened litigation with the management of the herein described property, including any foreclosure action brought against said Owner.

V. TO PAY THE AGENT

A. For management of Leased Unit: Ten percent (10%) of rents collected or $50.00 per month, whichever is greater.

B. For Leasing: $300 per unit, payable upon signing of management agreement. $150 on lease renewals.

C. Possible Other Charges: Replacing lost documents, preparing special financial reports, trips to the property for home inspections, appraisals, additional inspections, obtaining multiple bids on work projects, or any other services not specifically mentioned, are charged over and above at our current rate of $40.00 per hour. This rate is subject to change without notice.

D. One-time Processing Fee of $20.00 per unit upon signing of management agreement.

E. Should there be a lease in effect at the date of termination of this contract; Owner agrees to pay Agent the regular commission as previously agreed upon, for the remaining unexpired term of the lease.

Authentisign ID: 680BDF8A-5490-471B-A8BC-224444BE9B8D

VI. OTHER

A. The owner further agrees that the Agent retains all interest earned on Security Deposits held by Agent.

B. Owner agrees to pay all Home Owner Association fees and agrees to keep them current during the term of this agreement.

B. Misc:
Rent to be **$1,100** per month.
Security to be **$1,100** per month.
NO SMOKING will be allowed in the home.

This agreement shall be binding upon the successors and assigns of the Agent and the heirs, administrators, executors and assigns of the Owner.

IN WITNESS WHEREOF the parties hereto have affixed or caused to be affixed their respective signatures this 27nd day of March, 2017.

Authentisign
Cara L. Lemon
4/1/2017 10:08:59 AM CDT
______________________________
Property Owner, Cara L. Lemon

Authentisign
C. Donna Knight
3/27/2017 7:14:49 PM CDT
______________________________
C. Donna Knight,
Agent, Keller Williams Realty

______________________________
Property Owner,

## OWNER INFORMATION

4005 Snowy Reach
Manhattan, KS 66503

lemoncara@yahoo.com
918-629-8886

SS/FEIN# xxx-xx-0612

Liberty Mutual
Shawn Smith, Agent
615-339-5214

## PROPERTY INFORMATION

111 Hamblen Avenue
Old Hickory, TN 37138



Case 3:25-cv-00860 Document 1-1 Filed 07/30/25 Page 4 of 4 PageID #: 21