dotloop signature verification: dtlp.us/VNJs-4r7n-40CB

kw

EXHIBIT
C

# AMENDMENT TO RESIDENTIAL LEASE AGREEMENT
## AMENDMENT "1"

Tenant: Brittany Brooksher, Debbie Brooksher & Ethel Fuston (Guarantee)
Landlord: Keller Williams Realty
Property: 111 Hamblin Old Hickory TN 37138

In consideration of the mutual covenants herein and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree to amend that certain Residential Lease Agreement for Single-Family Dwelling with a Binding Agreement Date of 05/28/2019 and any incorporated addenda, exhibits or prior amendments (collectively referred to herein as "Agreement") for the rental of real property specified above as follows:

Terms of lease to be 6/1/19 through 5/31/20.

All other conditions of original lease to remain.

This Amendment shall become binding when signed by all parties and shall be incorporated into the Agreement and all other terms and conditions of the Residential Lease Agreement for Single-Family Dwelling shall remain in full force and effect.

The party(ies) below have signed and acknowledge receipt of a copy.

| | |
|---|---|
| Brittany Brooksher | Debbie Brooksher |
| **TENANT** | **TENANT** |
| ______ at ______ o'clock☐ am/ ☐ pm | ______ at ______ o'clock☐ am/ ☐ pm |
| **Date** | **Date** |

The party(ies) below have signed and acknowledge receipt of a copy.

| | |
|---|---|
| C Donna Knight (dotloop verified 07/30/19 3:14 PM CDT QRBY-BM0Q-SJ0P-CNK4) | |
| **LANDLORD** | **LANDLORD** |
| ______ at ______ o'clock☐ am/ ☐ pm | ______ at ______ o'clock☐ am/ ☐ pm |
| **Date** | **Date** |

*NOTE: This form is provided by TAR to its members for their use in real estate transactions and is to be used as is. By downloading and/or using this form, you agree and covenant not to alter, amend, or edit said form or its contents except as where provided in the blank fields, and agree and acknowledge that any such alteration, amendment or edit of said form is done at your own risk. Use of the TAR logo in conjunction with any form other than standardized forms created by TAR is strictly prohibited. This form is subject to periodic revision and it is the responsibility of the member to use the most recent available form.*

This form is copyrighted and may only be used in real estate transactions in which C. Donna Knight is involved as a TAR authorized user. Unauthorized use of the form may result in legal sanctions being brought against the user and should be reported to the Tennessee Association of Realtors® at 615- 321-1477.

TENNESSEE REALTORS
**Copyright 2015 © Tennessee Realtors®**